UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK WHITE,

        Plaintiff,                        No. 09-CV-13787

vs.                                          Hon. Gerald E. Rosen

SECURE CARE COMPANY, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

                At a session of said Court, held in the
                U.S. Courthouse, Detroit, Michigan
                on       March 14, 2011

                PRESENT:  Honorable Gerald E. Rosen
                                  United States District Judge

       This Section 1983 prisoner civil rights matter having come before the Court on the January 21, 2011 Report and Recommendation of United States Magistrate Judge Michael Hluchaniuk recommending that the Court grant Defendants' motion for summary judgment and that Plaintiff's Complaint be dismissed in its entirety; and Plaintiff having timely filed objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's Objections, and the Court's entire file of this action, and having concluded that, for the reasons stated in the Report and Recommendation, Defendants' motion should be granted and this case should, accordingly be dismissed in its entirety; and the Court being otherwise fully advised in the

premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of January 21, 2011 [**Dkt. # 46**] be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment **[Dkt. # 35]** be, and hereby is, GRANTED. Accordingly, Plaintiff's Complaint is DISMISSED in its entirety with prejudice.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: March 14, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 14, 2011, by electronic mail and upon Mark White, #228524, Macomb Regional Facility, 34625 26 Mile Road, New Haven, MI 48048 by ordinary mail.

        s/Ruth A. Gunther
        Case Manager